King of Prussia Associates et al., Appellants, *v.* Upper Merion Township Board of Adjustment.

Argued November 20, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Charles F. Mayer,* for appellant.

*Gregory J. Dean,* with him *James E. Meneses,* for appellee.

OPINION PER CURIAM, March 20, 1970:
The appeal is quashed because it was filed untimely.